UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREENA BURNS, | Case No. 1:26-cv-01782-KES-CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS AND THE LOCAL RULES; TERMINATING DEFENDANT'S MOTION TO DISMISS AS MOOT; AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| EURTACIA BODLE, | |
| Defendant. | |
| | Doc. 7 |

Plaintiff Zareena Burns, proceeding pro se, initiated this action by filing a request for temporary restraining order in Kern County Superior Court against Defendant Eurtacia Bodle, who removed the case to this Court.  Doc. 1.  On March 11, 2026, Defendant filed a motion to dismiss for lack of jurisdiction and served the motion upon Plaintiff.  Doc. 3.

After Plaintiff failed to timely file an opposition or statement of non-opposition to Defendant's motion, the magistrate judge ordered Plaintiff to show cause within 14 days why sanctions should not be imposed for her failure to comply with the Local Rules.  Doc. 4 at 2-3 (citing Local Rule 230(c)).  In the alternative, the Court directed Plaintiff to file an opposition or statement of non-opposition to the pending motion to dismiss by the same deadline.  *Id.* at 3.  Plaintiff was warned that "failure … to respond to this Order may result in the recommendation that this action be dismissed for a failure to obey the Local Rules, failure to obey a court order,

1

and failure to prosecute." *Id.* (emphasis in original).

After Plaintiff failed to respond in any manner to the Court, the magistrate judge issued findings and recommendations to dismiss the action without prejudice for Plaintiff's failure to prosecute the action and to comply with the Court's orders and the Local Rules.  Doc. 7.  On April 29, 2026, the Court served the findings and recommendations on Plaintiff and notified her that any objections were due within 14 days.  *Id.* at 4.  No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1. The findings and recommendations issued on April 29, 2026 (Doc. 7) are ADOPTED in full.

2. This action is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and to comply with the Court's orders and the Local Rules.

3. Defendant's motion to dismiss (Doc. 3) is terminated as MOOT.

4. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:    June 3, 2026

_____
UNITED STATES DISTRICT JUDGE